FILED IN CLERKS OFFICE
DEC 28 '21 AM9:43 USDC MA

**In This Court Of Record At The United States District Court District of Massachusetts**

| | |
|---|---|
| **Kemeh, Kevin Dela**<br><br>    Plaintiff,<br><br>vs.<br><br>**MASSACHUSETTS REGISTRY OF MOTOR VEHICLES**<br><br>    Defendants | **Case Number;**<br><br><br>**Trial by Jury is Demanded** |

## AFFIDAVIT COMPLAINT

**NOTICE TO CLERK**; United States and Massachusetts constitution guarantees a right to trial by jury; **This case is to be set for a hearing,** please and thank you!

**NOTICE TO THIS COURT.** The United States constitution, the laws of the United States and its treaties is the supreme law of the land and must be respected at all times. Bar grievances and conduct;criminal complaints may apply to **violaters** of the supreme law of the land.

**PLAINTIFF BRINGS HIS OWN COURT OF RECORD TO THIS COURT IN ACCORDANCE WITH THE COMMON LAW FOR A TRIAL BY JURY.**

**Jurisdiction;** Federal Question: 25 U.S. Code § 5330 - Rescission of contract
            Constitutional tort: Section 10 of the United States Constitution

**Venue;** Kemeh, Kevin Dela, one of the people of Massachusetts, state.
        Property located in Massachusetts, State.
        Massachusetts Registry Of Motor Vehicles, located in Massachusetts, state.

**Plaintiff;** Kemeh, Kevin Dela, one of the people of Massachusetts, state.
        **Address:** PO BOX 20649, Worcester MA, 01602
        **Contact:** 774-437-8178
        **Email:** kevindelakem@gmail.com


Plaintiff is not a United States Citizen; Foreign National

**Defendant**: MASSACHUSETTS REGISTRY OF MOTOR VEHICLES
**Address**: Registry of Motor Vehicles
PO Box 55889, Boston, MA 02205

### Statement Of Facts By Affidavit

Plaintiff has a [contract] with the MASSACHUSETTS REGISTRY OF MOTOR VEHICLES for a Driver's Permit. The [contract] has been present for about a year and a half now. The purpose of Driver's Permit/License is to operate a vehicle in commerce, **but plaintiff did not know this when signing the Driver's Permit contract**, as such the contract is fraudulent. Plaintiff now wants to rescind the Driver's Permit/License contract.

Plaintiff is a trustee of an automobile, VIN number 1NXBR32E68Z949366. Plaintiff bears the "Certificate Of Title" to the automobile. **The automobile is held in a foreign private express trust; Dela Industries:Foreign EIN 98-1604593.The automobile cannot be registered with the State as it would violate Section 10 of the United States constitution. MA RMV cannot use the V.I.N of plaintiff's automobile without his consent nor can they compel him to register the automobile.**

Plaintiff sent a rescission of signature letter to the MASSACHUSETTS REGISTRY OF MOTOR VEHICLES to rescind his fraudulent Driver's Permit/License contract. The letter also instructed MA RMV to stop using the vehicle identification number of plaintiff's private automobile.

Plaintiff received the signature return receipt from Massachusetts Registry of Motor Vehicles, confirming they received the letter from plaintiff. Despite having received the letter from Plaintiff, Massachusetts Registry Of Motor Vehicles did not rescind the driver's permit contract with Plaintiff nor did they stop using the V.I.N. number of plaintiff's private automobile.

Plaintiff assumed the letter might have been lost administratively. He found it hard to believe considering they signed the signature return receipt upon receiving the letter.

Plaintiff sent another letter to Massachusetts Registry Of Motor Vehicles. MA RMV also received the second letter from plaintiff.They still refused to rescind the fraudulent Driver's Permit/License contract and stop using the vehicle identification number of plaintiff's private automobile.

## SETTLEMENT

For holding plaintiff in an unconscionable contract and impeding a foreign private trust (United States Constitution section 10 violation), plaintiff demands $5,000,000 to settle the matter.

## VERIFICATION

I verify under penalty of perjury under the laws of the United States of America that this document is true and correct. Executed: Worcester, Massachusetts on 12/26/2021

Autograph; _[signature]_

Kemeh, Kevin Dela

**Notary as JURAT CERTIFICATE**

_____MA_____[State] }
_____Worcester_____[County] }

On this _26_ day of ____12_____, 20_21_ before me,

Notary Public- State of Massachusetts

__Kevin Dela Kemeh_____ who proved to me based on-satisfactory evidence to be the man whose name is subscribed to the within instrument and verified to me that he executed the same as man, one of the people of Massachusetts, state, Sui Juris De jure, stated in document and by rightful claim of possession above all others in society and that by his autograph(s) on the instrument the man executed, the instrument and all claims and rights asserted or not by the man stands as truth and EVIDENCE forevermore.
I verify under PENALTY OF PERJURY under the lawful laws of Massachusetts, State, that all the paragraphs on this document is true and correct. WITNESS my autograph

_[signature]_
Signature of Jurat

Notary Stamp: MAYANK GUPTA
Notary Public
Commonwealth of Massachusetts
My Commission Expires
June 23, 2028

## EXHIBIT A; JUDICIAL NOTICE TO DEFENDANTS AND THE COURT

**1.) Despite fraud Plaintiff can withdraw from the Massachusetts Driver's Permit contract anytime he chooses.**

"Fraud destroys the validity of every thing into which it enters. It affects fatally even the most solemn judgments and decrees". Plaintiff's contract with Massachusetts RMV for a Driver's Permit is fraudulent, the contract is null and void, it must be rescinded.
| *Nudd v. Burrows (1875), 91 US 426, 23 Led 286.* |

Despite fraud Plaintiff is not bound to the Drivers permit contract without his consent. Plaintiff can withdraw from the contract, at his will, anytime he chooses. "Every man is independent of all laws, except those prescribed by nature. He is not bound by any institutions formed by his fellow man without his consent". By common law;common sense law if plaintiff does not want a Massachusetts Driver's Permit contract he cannot be forced to have one, it is that simple!
| **CRUDEN v. NEALE. 2 N.C. 338 ( 1796) 2 S.E. 70** |


**2.) Massachusetts RMV using the vehicle identification number of Plaintiff's private automobile is unconstitutional.**

**United States Constitution Section 10:** "No State shall enter into any Treaty, Alliance, or Confederation; grant Letters of Marque and Reprisal; coin Money; emit Bills of Credit; make any Thing but gold and silver Coin a Tender in Payment of Debts; pass any Bill of Attainder, ex post facto Law, or Law **impairing the Obligation of Contracts**, or grant any Title of Nobility" Plaintiff's automobile is held in a foreign private trust:Dela Industries:Foreign EIN 98-1604593. Massachusetts Registry of Motor Vehicle is impeding plaintiff's foregin private express trust, **United States Constitution Section 10 Violation.** As such, the State, Massachusetts Registry of Motor Vehicles **loses** sovereign immunity and the Eleventh Amendment protection!

Defendant;Massachusetts RMV shall be held liable to all claims and damages.

I verify under the penalty of perjury this document is true: Kemeh, Kevin Dela Kwawu
Date: 12/26/2021

In This Court Of Record At The United States District Court District of Massachusetts; Exhibit A